**Electronically Filed
Supreme Court
SCPR-18-0000891
30-NOV-2018
09:58 AM**

SCPR-18-0000891

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE NELSON T. NAGAUE, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Upon consideration of the petition to resign and surrender his license to practice law in the State of Hawai'i filed by attorney Nelson T. Nagaue, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and the affidavits submitted in support thereof, we conclude Petitioner Nagaue has complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition is granted and Petitioner Nagaue's resignation in good standing is accepted, effective December 31, 2018.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Nelson T. Nagaue, attorney number 1335, from the roll of attorneys of the State of Hawaiʻi, as of December 31, 2018.

DATED:  Honolulu, Hawaiʻi, November 30, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

